JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CHEN,<br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>　　　　Defendant. | CV 20-3406 DSF (PJWx)<br><br>JUDGMENT |

　　　The Court having granted a motion to dismiss and Plaintiff having failed to amend his complaint within the time allowed by the Court,

　　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 6, 2020

　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge